**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 30, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00235-CV**

---

**IN RE HAVERHILL CHEMICALS, LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-08640**

---

## MEMORANDUM OPINION

Relator Haverhill Chemicals, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daryl L. Moore, presiding judge of the 333rd District Court of Harris County, to set aside his January 31, 2019,

March 13, 2019, and March 25, 2019 orders compelling production of documents relator contends are protected by the attorney-client privilege.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Our stay order entered on March 21, 2019 is lifted.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.

2